UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendants. | Civil Action No. 23-cv-7133 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs UMG Recordings, Inc. ("UMG"), Capitol Records, LLC ("Capitol Records" and with UMG, "Universal"), Concord Bicycle Assets, LLC ("CBA"), CMGI Recorded Music Assets LLC ("CMGI" and with CBA, "Concord"), Sony Music Entertainment ("SME"), and Arista Music ("Arista Music" and with SME, "Sony") certify as follows:

1. UMG Recordings, Inc. and Capitol Records, LLC are wholly owned indirect subsidiaries of Universal Music Group N.V., a Netherlands public limited company. No other publicly held company owns 10% or more of the stock of UMG Recordings, Inc., or Capitol Records, LLC. Compagnie de Cornouaille SAS and PS VII Master, L.P. own more than 10% of Universal Music Group N.V.'s stock. No other company owns 10% or more of Universal Music Group N.V.'s stock.

1

2. Concord Bicycle Assets, LLC and CMGI Recorded Music Assets LLC, are, directly or indirectly, wholly owned subsidiaries of Axton Copyrights, LLC, a limited liability company organized under the laws of Delaware. No publicly held corporate owns 10% or more of Concord Music Group, Inc., or Concord Bicycle Assets, LLC.

3. Sony Music Entertainment and Arista Music are wholly owned, indirect subsidiaries of Sony Group Corporation, a publicly traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns 10% or more of the stock in Sony Music Entertainment or Arista Music.

Dated: August 11, 2023                    OPPENHEIM + ZEBRAK, LLP

 /s/ *Matthew J. Oppenheim*
Matthew J. Oppenheim
Corey Miller
Danae Tinelli
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel: 202-480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

*Attorneys for Plaintiffs*