UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC

                        Plaintiff(s)

      - v -                                  **RULE 7.1 STATEMENT**

INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.

                                                23-cv-7133
                 Defendant(s)                        Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

 INTERNET ARCHIVE

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Internet Archive hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

   The jurisdiction in this matter is not based on diversity of citizenship.

Date   September 8, 2023

/s/ Allison L. Stillman
Signature of Attorney

AS9916
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022