UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>　　　　Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>**MOTION FOR ADMISSION TO PRACTICE** *PRO HAC VICE* |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jessica Elaine Lanier, hereby move this Court for an Order for admission to practice Pro Hac Vice to practice as counsel for Defendant Kahle/Austin Foundation in the above-captioned action.

　　　　I certify that I am a member in good standing of the bars of the states of California and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

　　　　I submitted the filing fee of $200.00 for this motion for *pro hac vice* admission on September 11, 2023, receipt number BNYSDC-28271766.

1

DATED: September 12, 2023              Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**


*/s/ Jessica E. Lanier*
Jessica E. Lanier
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 343-7100
Facsimile:    (415) 343-7101
Email: jlanier@conmetkane.com

*Attorney for Defendant Kahle/Austin Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                  */s/ Jessica E. Lanier*
                                                  JESSICA E. LANIER