UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>**[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |

The motion of Jessica Elaine Lanier for admission to practice pro hac vice in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the stares of California and Massachusetts; and that her contact information is as follows:

> Jessica E. Lanier
> Conrad | Metlitzky | Kane LLP
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> Telephone:    (415) 343-7100
> Facsimile:     (415) 343-7101
> Email: jlanier@conmetkane.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Kahle/Austin Foundation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                United States District

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                         */s/ Jessica E. Lanier*
                                         JESSICA E. LANIER