## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>**DEFENDANT KAHLE-AUSTIN FOUNDATION'S NOTICE OF APPEARANCE OF JESSICA E. LANIER** |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Jessica Elaine Lanier, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters her appearance as counsel for Defendant Kahle/Austin Foundation in the above-captioned action, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Jessica E. Lanier (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 343-7100
Facsimile:    (415) 343-7101
Email: jlanier@conmetkane.com

DATED: September 19, 2023            Respectfully submitted,

                                                      **CONRAD | METLITZKY | KANE LLP**

                                                     */s/ Jessica E. Lanier*
                                                     Jessica E. Lanier

                                                     *Attorney for Defendant Kahle-Austin Foundation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Jessica E. Lanier*
JESSICA E. LANIER