UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
          :
UMG RECORDINGS, INC., et al.,        :
          Plaintiffs,  :
      -against-          :    23 Civ. 7133 (LGS)
          :
INTERNET ARCHIVE, et al.,        :    **ORDER**
          Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pre-trial conference was held in this matter on October 18, 2023. It is hereby

    **ORDERED** that Defendants shall file a single transfer motion by **November 1, 2023**. Plaintiffs shall file a response by **November 15, 2023**. Defendants shall file a reply by **November 21, 2023**. All filings shall comply with the Court's Individual Rules, including page limits. It is further

    **ORDERED** that the parties shall file a joint letter by **November 17, 2023**, and every 30 days thereafter, containing the information described in the Court's Individual Rule IV.A.2. A case management plan will issue separately.

Dated: October 13, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE