| | |
|---|---|
| 1 | OPPENHEIM + ZEBRAK, LLP |
| 2 | Matthew J. Oppenheim (*pro hac vice*) |
|   | Corey Miller (*pro hac vice*) |
| 3 | Danae Tinelli (*pro hac vice*) |
|   | 4530 Wisconsin Avenue NW, 5th Floor |
| 4 | Washington, DC 20016 |
|   | Telephone:   (202) 480-2999 |
| 5 | matt@oandzlaw.com |
|   | danae@oandzlaw.com |
| 6 | corey@oandzlaw.com |
| 7 | |
|   | HANSON BRIDGETT LLP |
| 8 | Noel M. Cook, SBN 122777 |
|   | ncook@hansonbridgett.com |
| 9 | 425 Market Street, 26th Floor |
|   | San Francisco, California 94105 |
| 10 | Telephone:   (415) 777-3200 |
|    | Facsimile:   (415) 541-9366 |
| 11 | |
| 12 | ***Attorneys for Plaintiffs*** UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music |
| 13 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UMG RERCORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC | ) ) ) ) ) ) | Case No.: 23-cv-06522-MMC |
| Plaintiff(s), | ) ) ) | **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | ) ) | |
| INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P. | ) ) ) ) ) | |
| Defendant(s). | ) ) ) | |

1

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Universal Music Group N.V., parent company of UMG Recordings, Inc. and Capitol Records, LLC;
- Compagnie de Cornouaille SAS and PS VII Master, L.P., owns stock in Universal Music Group N.V.;
- Axton Copyrights, LLC, parent company of Concord Bicycle Assets, LLC and CMGI Recorded Music Assets LLC;
- Sony Group Corporation, parent company of Sony Music Entertainment and Arista Music.

Dated: January 24, 2024

Respectfully submitted,

*/s/ Danae Tinelli*
Matthew J. Oppenheim
Corey Miller
Danae Tinelli
OPPENHEIM + ZEBRAK, LLP

Noel M. Cook
HANSON BRIDGETT LLP

***Attorneys for Plaintiffs***

2

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Case No.: 3:23-cv-06522-MMC