UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG Recordings, Inc. et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Internet Archive, et al., <br><br> Defendant(s). | Case No. 3:23-cv-06522-MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Allison L. Stillman**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.** in the above-entitled action. My local co-counsel in this case is **Andrew M. Gass**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **259694**.

| | |
|---|---|
| Latham & Watkins LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 | Latham & Watkins LLP <br> 505 Montgomery St., Ste 2000 <br> San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212.906.1200 | 415.391.0600 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| alli.stillman@lw.com | andrew.gass@lw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **4451381**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **2** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/26/24                               /s/ Allison L. Stillman
                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Allison L. Stillman_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE