1 | **LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
2 | *andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
3 | *joe.wetzel@lw.com*
505 Montgomery Street, Suite 2000
4 | San Francisco, CA 94111
(415) 391-0600
5

6 | Allison L. Stillman (*pro hac vice* pending)
*alli.stillman@lw.com*
7 | 1271 Avenue of the Americas
New York, NY 10020
8 | (212) 906-1200

9 | *Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>*Defendants*. | Case No. 3:23-cv-06522-MMC<br><br>**NOTICE OF APPEARANCE OF JOSEPH R. WETZEL** |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Joseph R. Wetzel of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.  Copies of all pleadings and papers filed in this action should also be served on Mr. Wetzel as follows:

Joseph R. Wetzel (Bar No. 238008)
 *joe.wetzel@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600

Dated: January 26, 2024           By:  */s/Joseph R. Wetzel*
                                       Joseph R. Wetzel