**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
 *joe.wetzel@lw.com*
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 (415) 391-0600

 Allison L. Stillman (*pro hac vice* pending)
 *alli.stillman@lw.com*
 1271 Avenue of the Americas
 New York, NY 10020
 (212) 906-1200

*Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC, <br><br> *Plaintiffs*, <br><br> v. <br><br> INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P., <br><br> *Defendants*. | Case No. 3:23-cv-06522-MMC <br><br> **DEFENDANTS INTERNET ARCHIVE, KAHLE, BLOOD, AND GEORGE BLOOD L.P.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:23-cv-06522-MMC
INTERNET ARCHIVE, KAHLE, BLOOD, AND
GBLP'S CERTIFICATE OF INTERESTED PERSONS

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than named Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.) to report.

Dated: January 26, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Andrew M. Gass*
Andrew M. Gass (Bar No. 259694)
Joseph R. Wetzel (Bar No. 238008)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
*andrew.gass@lw.com*
*joe.wetzel@lw.com*

Allison L. Stillman (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
*alli.stillman@lw.com*

*Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.*