| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| | Andrew M. Gass (Bar No. 259694) |
| 2 | *andrew.gass@lw.com* |
| | Joseph R. Wetzel (Bar No. 238008) |
| 3 | *joe.wetzel@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
| | (415) 391-0600 |
| 5 | |
| | Allison L. Stillman (*pro hac vice* pending) |
| 6 | *alli.stillman@lw.com* |
| | 1271 Avenue of the Americas |
| 7 | New York, NY 10020 |
| | (212) 906-1200 |
| 8 | |
| | *Attorneys for Defendants Internet Archive, Brewster* |
| 9 | *Kahle, George Blood, and George Blood L.P.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC, <br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>*Defendants*. | Case No. 3:23-cv-06522-MMC<br><br>**DECLARATION OF ANDREW M. GASS IN SUPPORT OF DEFENDANTS INTERNET ARCHIVE, KAHLE, BLOOD, AND GEORGE BLOOD L.P.'S MOTION TO DISMISS**<br><br>Date:   March 22, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:23-cv-06522-MMC
DECLARATION OF ANDREW M. GASS ISO
MOTION TO DISMISS

I, Andrew M. Gass, am a partner at the law firm of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111.  I am admitted to the Bar of the State of California.  I submit this declaration in support of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.'s motion to dismiss Plaintiffs' complaint, filed concurrently with this declaration.  I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. Attached hereto as **Exhibit A** is a true and correct copy of the July 22, 2020, letter sent by Kenneth L. Doroshow on behalf of the Recording Industry Association of America ("RIAA") to the Internet Archive, first referenced at paragraph 80 of the complaint.

2. Attached hereto as **Exhibit B** is a true and correct copy of the August 21, 2020, response to the RIAA's letter sent by Brewster Kahle on behalf of the Internet Archive, referenced at paragraph 81 of the complaint.

3. Attached hereto as **Exhibit C** is a true and correct copy of Kelsey Kennedy, *A Wayback Machine for Early 20th Century Tunes*, Atlas Obscura (May 4, 2017), https://www.atlasobscura.com/articles/internet-archive-78-records-phonograph.

4. Attached hereto as **Exhibit D** is a true and correct copy of Dani Deahl, *Over 50,000 Digitized Pieces of Vinyl Can Now Be Listened to on Internet Archive*, Verge (Aug. 12, 2017), https://www.theverge.com/2017/8/12/16126346/50000-digitized-vinyl-internet-archive-great-78-project.

5. Attached hereto as **Exhibit E** is a true and correct copy of Daniel Sanchez, *30,000 Dusty 78rpm Vinyl Records Are Now in a Digital Archive*, Digit. Music News (Aug. 10, 2017), https://www.digitalmusicnews.com/2017/08/10/78rpm-vinyl-records-digital-archive/.

6. Attached hereto as **Exhibit F** is a true and correct copy of Dan DeLuca, *"The Great 78 Project" Is Giving History Digital Life, in Chestnut Hill*, Phila. Inquirer (Sept. 14, 2017), https://www.inquirer.com/philly/entertainment/music/great-78-project-vinyl-archive-chestnut-hill-20170915.html.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 3:23-cv-06522-MMC
DECLARATION OF ANDREW M. GASS ISO
MOTION TO DISMISS

7. Attached hereto as **Exhibit G** is a true and correct copy of Alexa Vazquez, *The Boston Public Library Owns 200,000 Vinyl Records—And It's Putting Them All Online*, WBUR (Oct. 11, 2017), https://www.wbur.org/news/2017/10/11/boston-library-vinyl-records.

8. Attached hereto as **Exhibit H** is a true and correct copy of Joe Kukura, *Internet Archive Trying to Digitize Every Old 78 Record in Existence*, SFist (Aug. 24, 2017), https://sfist.com/2017/08/24/internet_archive_trying_to_digitize/.

9. Attached hereto as **Exhibit I** is a true and correct copy of Emma Taggart, *Listen to the Sounds of the Past With Over 70,000 Digitized 78 RPM Records Online*, My Modern Met (Feb. 26, 2018), https://mymodernmet.com/78-rpm-records-digital-archive/.

Executed on January 26, 2024, at San Francisco, California.

By: */s/ Andrew M. Gass*
     Andrew M. Gass

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 3:23-cv-06522-MMC
DECLARATION OF ANDREW M. GASS ISO
MOTION TO DISMISS