**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 (415) 391-0600

Allison L. Stillman (*pro hac vice* pending)
 alli.stillman@lw.com
 1271 Avenue of the Americas
 New York, NY 10020
 (212) 906-1200

*Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>*Defendants*. | Case No. 3:23-cv-06522-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS INTERNET ARCHIVE, KAHLE, BLOOD, AND GEORGE BLOOD L.P.'S MOTION TO DISMISS**<br><br>Date:    March 22, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:23-cv-06522-MMC
[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

## [PROPOSED] ORDER

This matter is before the Court on Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.'s motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the motion to dismiss should be granted.

Accordingly, IT IS ORDERED THAT the motion to dismiss is **GRANTED**, and all claims premised on alleged acts of infringement that pre-date August 11, 2020, are **DISMISSED** with prejudice.

Dated: _____  By: _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

# [PROPOSED] ORDER

This matter is before the Court on Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.'s motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the motion to dismiss should be granted.

Accordingly, IT IS ORDERED THAT the motion to dismiss is **GRANTED**, and all claims premised on alleged acts of infringement that pre-date August 11, 2020, are **DISMISSED** with prejudice.

Dated: _____  By: _____

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 3:23-cv-06522-MMC
[PROPOSED] ORDER GRANTING
MOTION TO DISMISS