1  **LATHAM & WATKINS LLP**
   Andrew M. Gass (Bar No. 259694)
2   andrew.gass@lw.com
   Joseph R. Wetzel (Bar No. 238008)
3   joe.wetzel@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, CA 94111
   (415) 391-0600
5
   Allison L. Stillman (*pro hac vice* pending)
6   alli.stillman@lw.com
   1271 Avenue of the Americas
7  New York, NY 10020
   (212) 906-1200
8
   *Attorneys for Defendants Internet Archive, Brewster*
9  *Kahle, George Blood, and George Blood L.P.*

10
                   **UNITED STATES DISTRICT COURT**
11                 **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
12

13 | UMG RECORDINGS, INC., CAPITOL | Case No. 3:23-cv-06522-MMC |
   | RECORDS, LLC, CONCORD BICYCLE |  |
14 | ASSETS, LLC, CMGI RECORDED MUSIC | **[PROPOSED] ORDER GRANTING** |
   | ASSETS LLC, SONY MUSIC | **DEFENDANTS INTERNET ARCHIVE,** |
15 | ENTERTAINMENT, and ARISTA MUSIC, | **KAHLE, BLOOD, AND GEORGE BLOOD** |
   |  | **L.P.'S REQUEST FOR INCORPORATION** |
16 |  | **OF DOCUMENTS BY REFERENCE AND** |
   | *Plaintiffs*, | **FOR JUDICIAL NOTICE IN SUPPORT OF** |
17 |  | **THEIR MOTION TO DISMISS** |
18 | v. | Date:   March 22, 2024 |
   |  | Time:   9:00 a.m. |
19 |  | Place:  Courtroom 7, 19th Floor |
   | INTERNET ARCHIVE, BREWSTER | Judge:  Hon. Maxine M. Chesney |
20 | KAHLE, KAHLE/AUSTIN FOUNDATION, |  |
   | GEORGE BLOOD, and GEORGE BLOOD |  |
21 | L.P., |  |
22 | *Defendants*. |  |

23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:23-cv-06522-MMC
[PROPOSED] ORDER GRANTING
INCORPORATION BY REFERENCE AND RJN

**[PROPOSED] ORDER**

Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P. have requested that the Court consider the following exhibits under the doctrine of incorporation by reference and Federal Rule of Evidence 201:

1. **Exhibit A:** A copy of the July 22, 2020, letter sent by Kenneth L. Doroshow on behalf of the Recording Industry Association of America ("RIAA") to the Internet Archive, first referenced at paragraph 80 of the complaint.

2. **Exhibit B:** A copy of the August 21, 2020, response to the RIAA's letter sent by Brewster Kahle on behalf of the Internet Archive, referenced at paragraph 81 of the complaint.

3. **Exhibit C:** A copy of Kelsey Kennedy, *A Wayback Machine for Early 20th Century Tunes*, Atlas Obscura (May 4, 2017), https://www.atlasobscura.com/articles/internet-archive-78-records-phonograph.

4. **Exhibit D:** A copy of Dani Deahl, *Over 50,000 Digitized Pieces of Vinyl Can Now Be Listened to on Internet Archive*, Verge (Aug. 12, 2017), https://www.theverge.com/2017/8/12/16126346/50000-digitized-vinyl-internet-archive-great-78-project.

5. **Exhibit E:** A copy of Daniel Sanchez, *30,000 Dusty 78rpm Vinyl Records Are Now in a Digital Archive*, Digit. Music News (Aug. 10, 2017), https://www.digitalmusicnews.com/2017/08/10/78rpm-vinyl-records-digital-archive/.

6. **Exhibit F:** A copy of Dan DeLuca, *"The Great 78 Project" Is Giving History Digital Life, in Chestnut Hill*, Phila. Inquirer (Sept. 14, 2017), https://www.inquirer.com/philly/entertainment/music/great-78-project-vinyl-archive-chestnut-hill-20170915.html.

7. **Exhibit G:** A copy of Alexa Vazquez, *The Boston Public Library Owns 200,000 Vinyl Records—And It's Putting Them All Online*, WBUR (Oct. 11, 2017), https://www.wbur.org/news/2017/10/11/boston-library-vinyl-records.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 3:23-cv-06522-MMC
[PROPOSED] ORDER GRANTING
INCORPORATION BY REFERENCE AND RJN

8. **Exhibit H:** A copy of Joe Kukura, *Internet Archive Trying to Digitize Every Old 78 Record in Existence*, SFist (Aug. 24, 2017), https://sfist.com/2017/08/24/internet_archive_trying_to_digitize/.

9. **Exhibit I:** A copy of Emma Taggart, *Listen to the Sounds of the Past With Over 70,000 Digitized 78 RPM Records Online*, My Modern Met (Feb. 26, 2018), https://mymodernmet.com/78-rpm-records-digital-archive/.

The Court, having considered Defendants' request, and good cause appearing therefrom, finds that Exhibits A through I are incorporated by referenced in the complaint and/or are subject to judicial notice, and therefore are properly subject to consideration in connection with Defendants' motion to dismiss the complaint. Defendants' request for incorporation by reference and for judicial notice is therefore **GRANTED**.

IT IS SO ORDERED.

Dated: _____  By: _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 3:23-cv-06522-MMC
[PROPOSED] ORDER GRANTING
INCORPORATION BY REFERENCE AND RJN