MARK R. CONRAD (CA Bar No. 255667)
JESSICA E. LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:  (415) 343-7100
Fax:  (415) 343-7101
Email:  mconrad@conmetkane.com
Email:  jlanier@conmetkane.com

*Attorneys for Defendant Kahle/Austin Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendants. | CASE NO. 3:23-CV-06522-MMC<br><br>**DEFENDANT KAHLE/AUSTIN FOUNDATION'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: January 26, 2024                    Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**


/s/ Jessica E. Lanier
MARK R. CONRAD
JESSICA E. LANIER

*Attorneys for Defendant Kahle/Austin Foundation*