1  MARK R. CONRAD (CA Bar No. 255667)
   JESSICA E. LANIER (CA Bar No. 303395)
2  **CONRAD | METLITZKY | KANE LLP**
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone:    (415) 343-7100
4  Facsimile:    (415) 343-7101
   Email:        mconrad@conmetkane.com
5  Email:        jlanier@conmetkane.com

6  *Attorneys for Defendant Kahle-Austin Foundation*

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 | UMG RECORDS, INC., CAPITOL RECORDS, LLC, CONCORN BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC, | CASE NO. 3:23-CV-06522-MMC |
   | | **NOTICE OF CHANGE OF ADDRESS** |
13 | | |
   | | Judge:       Hon. Maxine M. Chesney |
14 | | Courtroom:   Courtroom 7, 19th Floor |

15       Plaintiffs,

16    v.

17 INTERNET ARCHIVE, BREWSTER KAHLE,
   KAHLE/AUSTIN FOUNDATION, GEORGE
18 BLOOD, and GEORGE BLOOD L.P.,

19       Defendants.

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the following change of address for Mark R. Conrad and Jessica Lanier as counsel for Defendant Kahle/Austin Foundation in this matter. All future correspondence and other communications regarding this matter should be directed to Mark R. Conrad and Jessica Lanier at the address below. Mark R. Conrad's and Jessica Lanier's email addresses, telephone number, and fax number are unchanged.

```
MARK R. CONRAD
JESSICA LANIER
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7100
Facsimile:     (415) 343-7101
Email:         mconrad@conmetkane.com
Email:         jlanier@conmetkane.com
```

DATED: February 7, 2024

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP


*/s/ Mark R. Conrad*
MARK R. CONRAD
JESSICA E. LANIER

*Attorneys for Defendant Kahle-Austin Foundation*

1