UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order Denying Defendants Internet Archive, Kahle, Blood, and George Blood L.P.'s Motion to Dismiss** |

Before the Court is Defendants Internet Archive, Kahle, Blood, and George Blood L.P.'s (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 75 (the "Motion"). The Motion requests that all claims premised on alleged acts of infringement that pre-date August 11, 2020 be dismissed with prejudice. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion should be denied.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants must serve an Answer within fourteen days.

**IT IS SO ORDERED.**

Dated: _____

                                          MAXINE M. CHESNEY
                                          United States District Judge

1

[Proposed] Order Denying Defs. Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.'s Motion to Dismiss    Case No.: 3:23-cv-06522-MMC