**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order Granting in Part and Denying in Part Defendants Internet Archive, Kahle, Blood, and George Blood L.P.'s Request for Incorporation of Documents by Reference and for Judicial Notice in Support of Their Motion to Dismiss** |

Before the Court is Defendants Internet Archive, Kahle, Blood, and George Blood L.P.'s (collectively, "Defendants") Request for Incorporation of Documents by Reference and for Judicial Notice in Support of Their Motion to Dismiss, ECF No. 76 (the "Request"). The Request asks the Court to conclude that Exhibits A through I are incorporated by reference in the complaint and/or are subject to judicial notice, and that therefore the Court can properly consider them in connection with Defendants' motion to dismiss. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Request should be granted in part and denied in part.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants' unopposed Request to incorporate Exhibits A and B by reference into the Complaint is **GRANTED.**

1

[Proposed] Order Granting in Part and Denying in Part Defs. Internet Archive, Kahle, Blood, and George Blood L.P.'s Request for Incorporation of Documents by Reference and for Judicial Notice in Support of Their Motion to Dismiss

Case No.: 3:23-cv-06522-MMC

**IT IS FURTHER ORDERED** that Defendants' Request to take judicial notice of Exhibits C - I is **DENIED** and the Court will **NOT** consider these Exhibits in ruling on Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____

_____
MAXINE M. CHESNEY
United States District Judge

2

[Proposed] Order Granting in Part and Denying in Part Defs. Internet Archive, Kahle, Blood, and George Blood L.P.'s Request for Incorporation of Documents by Reference and for Judicial Notice in Support of Their Motion to Dismiss

Case No.: 3:23-cv-06522-MMC