OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:   (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

HANSON BRIDGETT LLP
Noel M. Cook, SBN 122777
ncook@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Plaintiffs* UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Stipulation and Proposed Order to Continue the Hearing on Defendants' Motions to Dismiss** |

Pursuant to Civil Local Rule 6-1(b) and Section 7 of the Court's Standing Orders, Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music ("collectively, "Plaintiffs") and Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and George Blood LP (collectively, "Defendants") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), hereby stipulate as follows:

1. On January 26, 2024, Defendants noticed their respective motions to dismiss ("Defendants' Rule 12 Motions") for hearing on March 22, 2024, ECF No. 76 and 78.
2. Counsel for Plaintiffs have a scheduling conflict on March 22, 2024. The Parties have conferred, and for good cause shown, agreed to request a continuance of the hearing to the mutually agreeable date of April 26, 2024.
3. The Parties agree that this stipulation does not and will not alter the date of any event or deadline already fixed by the Court.
4. Neither of the Parties have previously requested an extension of time in connection with the hearing on Defendants' Rule 12 Motions.

IT IS HEREBY STIPULATED AND AGREED that the hearing on Defendants' Rule 12 Motions noticed for March 22, 2024 is CONTINUED to April 26, 2024.

Dated: February 23, 2024

Respectfully submitted,

*/s/ Corey Miller*
Matthew J. Oppenheim
Corey Miller
Danae Tinelli
OPPENHEIM + ZEBRAK, LLP

Noel M. Cook
HANSON BRIDGETT LLP

**Attorneys for Plaintiffs**

| | |
|---|---|
| LATHAM & WATKINS LLP | CONRAD \| METLITZKY \| KANE LLP |
| */s/ Andrew Gass* | */s/ Jess Lanier* |
| Andrew Gass<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel:  415-391-0600<br>andrew.gass@lw.com | Jesse Lanier<br>Mark Conrad<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>jlanier@conmetkane.com<br>mconrad@conmetkane.com |
| Allison L. Stillman<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel:  212-906-1200<br>alli.stillman@lw.com | **Attorneys for Defendant Kahle/Austin Foundation** |
| **Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P**. | |

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered for inspection upon request.

Dated:  February 23, 2024                                OPPENHEIM + ZEBRAK, LLP
                                                        */s/ Corey Miller*
                                                        Corey Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order** |

The Court, having considered the Parties' Stipulation to Continue the Hearing on Defendants' Motions to Dismiss, and good cause having been shown, hereby orders as follows:

1. The hearing currently set for March 22, 2024 is CONTINUED to April 26, 2024 at _____ a.m./p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

MAXINE M. CHESNEY<br>United States District Judge