# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>[Proposed] Order |

The Court, having considered the Parties' Stipulation to Continue the Hearing on Defendants' Motions to Dismiss, and good cause having been shown, hereby orders as follows:

The hearing currently set for March 22, 2024 is CONTINUED to April 26, 2024, at 9:00 a.m./~~p.m.~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 27, 2024

_____
MAXINE M. CHESNEY
United States District Judge

5