IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, et al.,<br><br>Defendants. | Case No. 23-cv-06522-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are the following motions: (1) Motion to Dismiss, filed January 26, 2024, by defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.; and (2) Motion to Dismiss, filed January 26, 2024, by defendant Kahle/Austin Foundation. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for April 26, 2024.

**IT IS SO ORDERED.**

Dated: April 19, 2024

MAXINE M. CHESNEY
United States District Judge