1  MARK R. CONRAD (CA Bar No. 255667)
   JESSICA E. LANIER (CA Bar No. 303395)
2  **CONRAD | METLITZKY | KANE LLP**
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone:   (415) 343-7100
4  Fax:         (415) 343-7101
   Email:       mconrad@conmetkane.com
5  Email:       jlanier@conmetkane.com

6  *Attorneys for Defendant Kahle/Austin Foundation*

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  UMG RECORDINGS, INC, CAPITOL          CASE NO. 3:23-CV-06522-MMC
    RECORDS, LLC, CONCORD BICYCLE
13  ASSETS, LLC, CMGI RECORDED MUSIC      **STIPULATION TO EXTEND TIME FOR**
    ASSETS LLC, SONY MUSIC                **DEFENDANT KAHLE/AUSTIN FOUNDATION**
14  ENTERTAINMENT, and ARISTA MUSIC       **TO RESPOND TO AMENDED COMPLAINT**

15          Plaintiffs,

16                                        Judge:       Hon. Maxine M. Chesney
         v.                               Courtroom:   No. 7 (19th Floor)
17
    INTERNET ARCHIVE, BREWSTER
18  KAHLE, KAHLE/AUSTIN FOUNDATION,
    GEORGE BLOOD, and GEORGE BLOOD,
19  L.P.

20          Defendants.

21

22

23

24

25

26

27

28

WHEREAS, Plaintiffs UMG Recordings, Inc. Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, Plaintiffs) filed their amended complaint against Defendant Kahle-Austin Foundation (the Foundation) in the above-captioned matter on March 12, 2024 (ECF 95);

WHEREAS, the Foundation's deadline to answer or otherwise respond to the amended complaint currently is May 29, 2024 (based on the date the Court denied the Foundation's motion to dismiss, which is May 15, 2024);

WHEREAS, Plaintiffs have agreed to extend the Foundation's time to answer to the amended complaint by 2 days, to May 31, 2024;

WHEREAS, no other case deadlines are impacted by this stipulation and this stipulation does not and will not alter the date of any event or deadline already fixed by the Court;

WHEREAS this is the first extension the Foundation has sought concerning the deadline to file an answer;

WHEREAS, Plaintiffs and the Foundation stipulate that the execution of this stipulation is not a waiver of any claims or defenses these parties may otherwise have, and all such claims and defenses are expressly reserved by Plaintiffs and the Foundation; and

NOW, THEREFORE, under Civil Local Rule 6-1(a) Plaintiffs and the Foundation hereby stipulate that the Foundation's deadline to answer the complaint is May 31, 2024.

IT IS SO STIPULATED.

CASE NO. 3:23-CV-06522-MMC                                    STIPULATION RE EXTENSION OF TIME

1  DATED: May 29, 2024                   Respectfully submitted,

2                                        CONRAD | METLITZKY | KANE LLP

3

4
                                         */s/ Jessica Lanier*
5                                        MARK R. CONRAD
                                         JESSICA E. LANIER
6
7                                        *Attorneys for Defendant Kahle/Austin Foundation*

8  DATED: May 29, 2024                   Respectfully submitted,

9                                        OPPENHEIM & ZEBRAK LLP

10

11
                                         */s/ Corey Miller*
12                                       MATTHEW JAN OPPENHEIM
                                         COREY MILLER
13                                       DANAE TINELLI

14
                                         *Attorneys for Plaintiffs*
15

16                      **ATTESTATION**

17         Under Civil Local Rule 5-1(h)(3), I hereby attest that each of the other signatories have concurred

18  in the filing of this document.

19

20  DATED:  May 29, 2024                 */s/ Jessica E. Lanier*
21                                       Jessica E. Lanier

22

23

24

25

26

27

28

CASE NO. 3:23-CV-06522-MMC                              STIPULATION RE EXTENSION OF TIME