MARK R. CONRAD (CA Bar No. 255667)
JESSICA E. LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7100
Fax:               (415) 343-7101
Email:           mconrad@conmetkane.com
Email:           jlanier@conmetkane.com

*Attorneys for Defendant Kahle/Austin Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, AND ARISTA MUSIC,<br><br>         Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>         Defendants. | CASE NO. 3:23-CV-06522-MMC<br><br>**DEFENDANT KAHLE/AUSTION FOUNDATION'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Defendant the Kahle Austin Foundation (the Foundation), by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses in response to UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, Sony Music Assets, LLC, Sony Music Entertainment, and Arista Music's (collectively, Plaintiffs) Amended Complaint.

To the extent not specifically admitted, the Foundation denies each and all allegations. The Complaint refers repeatedly to Defendants collectively, without distinguishing individual Defendants. Unless otherwise and specifically admitted, the Foundation lacks knowledge concerning the allegations relating to the actions of the Internet Archive, George Blood, and George Blood L.P., and therefore denies **_all_** such allegations on that basis. Further, unless otherwise and specifically admitted, the Foundation lacks knowledge concerning alleged statements or actions Mr. Kahle took outside his capacity as an officer of the Foundation and therefore denies **_all_** such allegations on that basis.

The Foundation denies that it has caused Plaintiffs any harm, losses, or damages. The Foundation reserves the right to challenge the admissibility of all documents or sources cited by Plaintiffs in the Amended Complaint. With respect to the multiple allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

The Foundation respectfully demands trial by jury on all eligible issues.

## NATURE OF THE ACTION[1]

1. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation admits the Amended Complaint brings an action under United States copyright law. The Foundation denies all remaining allegations of this Paragraph.

2. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

3. This Paragraph contains legal conclusions which require no answer. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge concerning the allegations in this Paragraph that purport to concern the

---

[1] The Foundation repeats the headings from the Amended Complaint for organizational purposes only. The repetition of such headings is not intended as an admission. The Foundation denies all allegations suggested by such headings.

Internet Archive, George Blood, and George Blood, L.P. and therefore denies such allegations. The factual allegations concerning Mr. Kahle relate to purported statements made outside his capacity as an officer of the Foundation. Accordingly, the Foundation lacks knowledge concerning such allegations and denies them. The Foundation denies the remaining allegations of this Paragraph.

4. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

5. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and therefore denies them.

6. The Foundation admits that the Orrin G. Hatch-Bob Goodlatte Music Modernization Act was passed by Congress in 2018. Otherwise, this Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the remaining allegations of this Paragraph.

7. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

8. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

9. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

10. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. The Foundation denies the remaining allegations of this Paragraph.

11. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation admits that Brewster Kahle is the president of the Kahle/Austin Foundation. The Foundation lacks knowledge sufficient to admit or deny the allegations concerning the

Internet Archive, and on that basis, denies them. The Foundation denies the remaining allegations of this Paragraph.

12. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

13. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

14. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

15. This Paragraph contains legal conclusions which require no answer. To the extent an additional response is required, the Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

16. This Paragraph contains legal conclusions which require no answer. To the extent an additional response is required, the Foundation denies the remaining allegations of this Paragraph. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

17. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

18. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them

19. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

20. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

## PLAINTIFFS AND THEIR LEGALLY PROTECTED MUSIC

21. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

22. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

23. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

24. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

25. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

26. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

27. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

28. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## DEFENDANTS

29. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

30. The Foundation admits that it is a Washington non-profit corporation organized under the laws of Washington which has been associated with addresses at 319 Main Street, Biddeford, ME 04005-2354 and 513 Simonds Loop, San Francisco, CA 94129-1787.

31. The Foundation admits that Brewster Kahle resides in San Francisco, CA, and that Mr. Kahle is the president of the Kahle/Austin Foundation. Mr. Kahle's alleged role with the Internet Archive is outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks

knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them. The Foundation denies the remaining allegations of this Paragraph.

32. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

33. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## JURISDICTION AND VENUE

34. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation admits that the Amended Complaint purports to be an action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and the Music Modernization Act, 17 U.S.C. § 1401.

35. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation admits this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

36. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

37. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

38. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph and on that basis denies them.

39. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, Mr. Kahle's alleged role with the Internet Archive is outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

40. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation admits that it has received donations from the Kahle/Austin Revocable

- 5 -

Trust. The Foundation further admits that it is organized under the laws in Washington state. The Foundation denies the remaining allegations of this Paragraph. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

41.     This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

42.     This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

43.     For purposes of this action only, the Foundation admit that venue is proper in this District. Otherwise, this Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the remaining allegations of this Paragraph.

## FACTUAL BACKGROUND
### I.    IN 2018, CONGRESS EXTENDED FEDERAL PROTECTION TO PRE-1972 SOUND RECORDINGS

44.     This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

45.     This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

46.     This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

### II.    INTERNET ARCHIVE BUILT A MASS INFRINGEMENT PLATFORM THAT FLOUTS THE MUSIC MODERNIZATION ACT.

47.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

48.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

49. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

50. The Foundation admits that the screenshot in this Paragraph of the Amended Complaint purports to be of a Great 78 Project webpage for the sound recording, "White Christmas," recorded by Bing Crosby, with a publication date in 1942 by Decca Records. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

51. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations denies the remaining allegations of this Paragraph, and on that basis, denies them.

52. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

53. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

54. The Foundation lacks knowledge sufficient to admit or deny the allegations in this Paragraph concerning George Blood, and on that basis, denies them. Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them. The Foundation denies the remaining allegations of this Paragraph.

55. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

56. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them. The Foundation lacks

knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

57. The Foundation admits that this Paragraph of the Amended Complaint contains a screenshot purportedly showing a banner from a web page for the Great 78 Project. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

58. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

59. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

60. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

61. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, Mr. Kahle's alleged actions are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

62. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

**III.    DEFENDANTS' INFRINGEMENT IS OF STAGGERING SCALE.**

63.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.  With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

64.    The recording available at the link https://archive.org/details/78_white-christmas_irving-berlin-bingcrosby-ken-darby-singers-john-scott-trotter-and_gbia0000275a speaks for itself.  The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

65.    The recording available at the link https://archive.org/details/78_young-at-heart_frank-sinatra-nelson-riddle-johnny-richards-carolyn-leigh_gbia0012315a speaks for itself.  The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

66.    The recording available at the link https://archive.org/details/78_saturday-night-is-the-loneliest-night-in-the-week_frank-sinatra-axel-stordahl-cah_gbia0017538a speaks for itself.  The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

67.    The recording available at the link https://archive.org/details/78_potato-head-blues_louis-armstrong-and-his-hot-seven-armstrong_gbia0261792a speaks for itself.  The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

68.    The recording available at the link https://archive.org/details/78_monks-dream_thelonious-monk-trio-thelonius-monk-art-blakey-gary-mapp-monk_gbia0254273b speaks for itself.  The Foundation lacks knowledge sufficient to admit or deny the remaining allegations of this Paragraph, and on that basis, denies them.

69.    The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

**IV. BREWSTER KAHLE OVERSEES AND DIRECTS INTERNET ARCHIVE'S INFRINGEMENT**

70. This Paragraph contains legal conclusions which require no answer. Mr. Kahle's alleged actions in this Paragraph and his alleged role with the Internet Archive are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

71. Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

72. Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

73. Mr. Kahle's alleged actions in this Paragraph are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

74. Mr. Kahle's alleged actions are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation denies the remaining allegations of this Paragraph.

**V. THE KAHLE/AUSTIN FOUNDATION SPONSORS INTERNET ARCHIVE'S INFRINGEMENT.**

75. The Foundation admits that Mr. Kahle and his wife established the Kahle/Austin Foundation. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves. The Foundation denies the remaining allegations in this Paragraph.

76. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny to allegations of this Paragraph concerning the Internet Archive, on that basis denies them. The Foundation denies the remaining allegations of this Paragraph.

## VI. DEFENDANTS KNEW THEIR CONDUCT WAS INFRINGING.

77. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation denies the allegations of this Paragraph. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

78. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

79. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

80. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

81. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph concerning the Internet Archive, and on that basis, denies them. Moreover, Mr. Kahle's alleged actions are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

82. This Paragraph contains legal conclusions which require no answer. To the extent a response is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

83. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

84. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

85. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

86. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

87. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

88. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. Moreover, Mr. Kahle's alleged actions are outside the scope of his position as an officer of the Foundation. The Foundation therefore lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

89. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

90. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them. With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

91.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.  With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

92.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.  With respect to allegations that purport to cite or quote other documents or sources, such documents speak for themselves.

## VII.    **DEFENDANTS' INFRINGEMENT HAS SIGNIFICANTLY HARMED PLAINTIFFS.**

93.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
**Infringing Reproduction against Internet Archive, Blood, and GBLP**

94.     The Foundation incorporates each of its responses to paragraphs 1-93 as though fully set forth herein.

95.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

96.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

97.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

98.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

99.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

100.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

101.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

102.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

<u>**SECOND CAUSE OF ACTION**</u>
**Infringing Reproduction and Distribution against Internet Archive**

103.     The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

104.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

105.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

106.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

107.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

108.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

109. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

110. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

111. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## THIRD CAUSE OF ACTION
### Infringing Public Performance by Means of a Digital Audio Transmission against Internet Archive

112. The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

113. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

114. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

115. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

116. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

117. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

118.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

119.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

120.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## FOURTH CAUSE OF ACTION
### Contributory Infringement against Internet Archive

121.	The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

122.	The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

123.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

124.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

125.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

126.	This Paragraph contains legal conclusions which require no answer.	To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

127. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

128. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

129. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

130. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

131. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

132. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

133. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

134. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## FIFTH CAUSE OF ACTION
### Inducement of Infringement against Internet Archive

135. The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

136.    The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

137.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

138.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

139.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

140.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

141.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

142.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

143.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

144.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

145.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## SIXTH CAUSE OF ACTION
**Vicarious Infringement against Internet Archive**

146.     The Foundation incorporate each of its responses to paragraphs 1-94 as though fully set forth herein.

147.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

148.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

149.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

150.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

151.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

152.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

153.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

154. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

155. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

156. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

157. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## SEVENTH CAUSE OF ACTION
### Contributory Infringement against Kahle

158. The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

159. The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

160. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

161. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

162. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this

Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

163. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

164. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

165. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

166. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

167. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

168. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, as the alleged actions concerning Mr. Kahle relate to activities conducted outside his capacity as an officer of the Foundation. On that basis, the Foundation denies the allegations in this Paragraph.

## EIGHTH CAUSE OF ACTION
### Contributory Infringement against the Foundation

169.     The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

170.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

171.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

172.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

173.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, Mr. Kahle's alleged actions concerning the Great 78 Project and his role at the Internet Archive are outside the scope of his position as an officer of the Foundation.  On that basis, the Foundation denies the allegaton of this Paragraph concerning Mr. Kahle.  The Foundaton denies all remaining allegations of this Paragraph.

174.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

175.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.

176.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.  The Foundation further denies that Plaintiffs are entitled to any damages.

177.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.  The Foundation further denies that Plaintiffs are entitled to attorneys' fees or costs.

178.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation denies the allegations of this Paragraph.  The Foundation further denies that Plaintiffs are entitled to injunctive relief.

## <u>NINTH CAUSE OF ACTION</u>
### Contributory Infringement against Blood and GBLP

179.    The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

180.    The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

181.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

182.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

183.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

184.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

185.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

186.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

187.    This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

188.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

## TENTH CAUSE OF ACTION
### Vicarious Infringement against Blood

189.     The Foundation incorporates each of its responses to paragraphs 1-94 as though fully set forth herein.

190.     The Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

191.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

192.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

193.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

194.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

195.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

196.     This Paragraph contains legal conclusions which require no answer.  To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

197. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

198. This Paragraph contains legal conclusions which require no answer. To the extent an answer is required, the Foundation lacks knowledge sufficient to admit or deny the allegations of this Paragraph, and on that basis, denies them.

**PRAYER FOR RELIEF**

In response to the Prayer for Relief, the Foundation denies Plaintiffs are entitled to any relief—including without limitation the relief requested.

**DEFENSES**

The Foundation asserts at least the following defenses in response to the allegations in the Amended Complaint. The Foundation reserves all rights to assert additional defenses, including affirmative defenses.

**FIRST DEFENSE**
**Failure to State a Claim**

The Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**
**Fair Use**

Any use of Plaintiffs' copyrighted materials is protected by the Fair Use Doctrine, including under 17 U.S.C. §§ 107 and 1401.

**THIRD DEFENSE**
**Innocent Infringement**

The Foundation had no reason to believe any of its actions constituted contributory infringement of Plaintiffs' copyrights, allowing the Court to reduce any award of statutory damages to an amount as low as $200 per work infringed. 17 U.S.C. § 504(c)(2).

**FOURTH DEFENSE**
**No material contribution**

Assuming Plaintiffs prove infringement, any donations the Foundation made to the Internet Archive do not constitute a material contribution.

**FIFTH DEFENSE**
**No knowledge**

Assuming Plaintiffs prove Mr. Kahle's knowledge of infringement, such knowledge cannot be imputed to the Foundation because such knowledge: is outside the scope of Mr. Kahle's duties to the Foundation, acquired when Mr. Kahle was not acting on behalf of the Foundation, acquired while Mr. Kahle was acting in his own interests rather than in the interests of the Foundation, and/or related to Mr. Kahle's personal objectives with respect to the Great78 Project.

**SIXTH DEFENSE**
**No Willfulness**

There was no willful infringement by the Foundation; accordingly, Plaintiffs' claims for enhanced damages have no basis and should be denied.

**SEVENTH DEFENSE**
**No Statutory Damages**

Pursuant to 17 U.S.C. § 504(c)(2), Plaintiffs are not entitled to statutory damages, and statutory damages must be remitted, because the Foundation believed and had reasonable grounds for believing that the accused infringing uses of Plaintiffs' copyrighted works were a fair use, including under sections 107 and 1401, and the Internet Archive is an institution, library, or archive accused of having infringed by reproducing works in copies or phonorecords.

## EIGHTH DEFENSE
## Plaintiffs Lack Ownership Rights

Plaintiffs' claims are barred for works in which they do not own copyrights.

## NINTH DEFENSE
## Statute of Limitations

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations under 17 U.S.C. § 507(b).

## TENTH DEFENSE
## Laches

Plaintiffs' remedies are barred, in whole or in part, by the doctrine of laches.

## ELEVENTH DEFENSE
## Estoppel and Other Equitable Doctrines

Plaintiffs' claims are barred, in whole or in part, by equitable estoppel, acquiescence, waiver, *in pari delicto*, unclean hands, ratification, and/or other related equitable doctrines.

## TWELFTH DEFENSE
## Copyright Misuse

Plaintiffs' claims are barred, in whole or in part, by the doctrine of copyright misuse because Plaintiffs have violated the antitrust laws, otherwise illegally extended their lawful copyright monopolies, or violated the public policies underlying the copyright laws.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Foundation respectfully asks the Court to:

1. Deny Plaintiffs' request for relief;

2. Dismiss the Amended Complaint with prejudice and enter judgment in favor of the Foundation;

3. Award the Foundation its attorneys' fees and costs incurred in this action, and any other amounts recoverable under law; and

4. Award the Foundation such other and further relief as the Court deems just and equitable.

The Foundation reiterates its demand for a jury trial.

DATED: May 31, 2024

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP


/s/ Jessica E. Lanier
MARK R. CONRAD
JESSICA E. LANIER

*Attorneys for Defendant Kahle/Austin Foundation*