MARK R. CONRAD (CA Bar No. 255667)
JESSICA E. LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 343-7100
Fax:         (415) 343-7101
Email:       mconrad@conmetkane.com
Email:       jlanier@conmetkane.com

*Attorneys for Defendant Kahle/Austin Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 3:23-CV-06522-MMC<br><br>**APPLICATION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Maxine M. Chesney<br>Courtroom:  No. 7 (19th Floor) |

## APPLICATION TO SUBSTITUTE COUNSEL

WHEREAS, Defendant Kahle/Austin Foundation (the Foundation) is currently represented in the above-captioned matter by Conrad | Metlitzky | Kane LLP;

WHEREAS, the Foundation has retained Latham & Watkins LLP to represent them in the above-captioned matter going forward;

WHEREAS, the Foundation wishes to substitute its counsel of record, such that the Conrad | Metlitzky | Kane LLP attorneys who previously have appeared on their behalf in the action (Jessica Lanier and Mark Conrad) shall be terminated from the action, and the appearance of the undersigned attorneys from Latham & Watkins LLP (Andrew Gass, Allison Levine Stillman, Brent Murphy, and Joseph Richard Wetzel), who represent the other named defendants, shall be entered on behalf of the Foundation.

WHEREAS, undersigned counsel from Latham & Watkins LLP and Conrad | Metlitzky | Kane LLP represent that the Foundation consents to said substitution of counsel;

NOW THEREFORE, the Foundation hereby requests, pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, that the Court enter an order approving the substitution of counsel of record.

DATED: June 11, 2024

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Jessica E. Lanier*
MARK R. CONRAD
JESSICA E. LANIER

| | | |
|---|---|---|
| 1 | DATED: June 11, 2024 | **LATHAM & WATKINS LLP** |

*/s/   Allison Levine Stillman*
ANDREW GASS
ALLISON LEVINE STILLMAN
BRENT MURPHY
JOSEPH RICHARD WETZEL

**[PROPOSED] ORDER SUBSTITUTING COUNSEL**

     Pursuant to the notice provided by Defendant the Kahle/Austin Foundation, the Court hereby ORDERS the substitution of counsel as to this party. The appearances of attorneys Jessica Lanier and Mark Conrad from Conrad | Metlitzky | Kane LLP shall be terminated.  The appearance of attorneys Allison Levine Stillman, Andrew Gass, Brent Murphy, and Joseph Richard Wetzel from Latham & Watkins LLP shall be entered on behalf of the Kahle/Austin Foundation.

     **IT IS SO ORDERED**.

DATED: _____

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE