UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 26, 2024 | **Time:** 10:48 - 11:05 = 17 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 23-cv-06522-MMC | **Case Name:** UMG Recordings, Inc. v. Internet Archive | |

**Attorney for Plaintiff:** Corey Miller, Danae Tinelli, Noel Cook
**Attorney for Defendant:** Allison Stillman, Andrew Gass

**Deputy Clerk:** Tracy Geiger        **Zoom Recording**

### PROCEEDINGS

**Initial Case Management Conference – held via Zoom.**

**REFERRALS:**

**(X)  Case previously referred to Private Mediation by agreement of the parties – to be conducted in the Fall of 2024.**

**PRETRIAL SCHEDULE:**

**Discovery Cutoff:  July 25, 2025**

**Expert Disclosure: September 5, 2025**

**Expert Rebuttal: October 17, 2025**

**Expert Discovery cutoff: November 25, 2025**

**Joint Case Management Conference Statement:  November 8, 2024**

**Further Case Management Conference: November 15, 2024 at 10:30 a.m.**