1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. et al ,

Plaintiff(s),

v.

INTERNET ARCHIVE et al. ,

Defendant(s).

Case No. 23-cv-06522-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9

10     I, Jacob L. Tracer , an active member in good standing of the bar of

11 New York , hereby respectfully apply for admission to practice pro hac

12 vice in the Northern District of California representing: Plaintiffs in the

13 above-entitled action. My local co-counsel in this case is Noel M. Cook , an

14 attorney who is a member of the bar of this Court in good standing and who maintains an office

15 within the State of California.  Local co-counsel's bar number is: 122777 .

16 1000 F ST NW FL 2                  425 Market Street, 26th Floor

17 Washington, DC 20004-1512          San Francisco, CA 94105

MY ADDRESS OF RECORD                LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18 202-857-9611                          415-777-3200

19 MY TELEPHONE # OF RECORD           LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20 jtracer@riaa.com                    NCook@hansonbridgett.com

MY EMAIL ADDRESS OF RECORD         LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22     I am an active member in good standing of a United States Court or of the highest court of

23 another State or the District of Columbia, as indicated above; my bar number is: 5107651 .

24     A true and correct copy of a certificate of good standing or equivalent official document

25 from said bar is attached to this application.

26     I have been granted pro hac vice admission by the Court 0 times in the 12 months

27 preceding this application.

28

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: October 25, 2024                                    Jacob L. Tracer

5                                                              APPLICANT

6

7

8                           ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11         IT IS HEREBY ORDERED THAT the application of Jacob L. Tracer                is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: October 25, 2024

16

17   _____

18   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jacob Lincoln Tracer

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 8, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on July 24, 2024.*

*Clerk of the Court*

*CertID-00184562*



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020