Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:     (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:     (202) 857-9611
jtracer@riaa.com

***Attorneys for Plaintiffs*** UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Declaration of Corey Miller in Support of Plaintiffs' Motion to Compel Discovery** |

I, Corey Miller, hereby declare, pursuant to 28 US.C. § 1746, as follows:

1. I am a partner at Oppenheim + Zebrak, LLP ("O+Z"), which represents Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, "Plaintiffs") in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery ("Motion"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents and other items referenced herein. If called upon to do so, I am able to testify competently to the matters set forth below.

3. In an effort to resolve their discovery disputes, the parties met by videoconference on July 29, August 12, and August 14, 2024 for a total of nearly four hours.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the parties' correspondence on August 2, August 28, and October 1, 2024 (on Plaintiffs' responses) and August 7, September 25, 2024, and October 31, 2024 (on Defendants' responses).

5. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' December 4, 2023 letter to Defendants.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' July 12, 2024 letter to Plaintiffs.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Kahle-Austin Foundation's September 11, 2024 email to Plaintiffs.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant Brewster Kahle's August 21, 2020 email to Ken Doroshow of the Recording Industry Association of America.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of November 2024.

*/s/ Corey Miller*
Corey Miller

***Counsel for Plaintiffs***

1

Decl. of C. Miller in Supp. of Plaintiffs'
Motion to Compel Discovery

Case No.: 3:23-cv-06522-MMC