1  Matthew J. Oppenheim (*pro hac vice*)
   Corey Miller (*pro hac vice*)
2  Danae Tinelli (*pro hac vice*)
   OPPENHEIM + ZEBRAK, LLP
3  4530 Wisconsin Avenue NW, 5th Floor
   Washington, DC 20016
4  Telephone:    (202) 480-2999
5  matt@oandzlaw.com
   corey@oandzlaw.com
6  danae@oandzlaw.com

7  Noel M. Cook, SBN 122777                    Jacob L. Tracer (*pro hac vice*)
   HANSON BRIDGETT LLP                         RECORDING INDUSTRY ASSOCIATION
8  425 Market Street, 26th Floor               OF AMERICA
   San Francisco, California 94105             1000 F St. NW, 2nd Floor
9  Telephone:    (415) 777-3200                Washington, DC 20004-1512
                                               Telephone:    (202) 857-9611
10 Facsimile:    (415) 541-9366                jtracer@riaa.com
   ncook@hansonbridgett.com
11

12 *Attorneys for Plaintiffs* UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle
   Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista
13 Music

14                          **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

17

18 UMG RECORDINGS, INC., CAPITOL          ) Case No.: 3:23-cv-06522-MMC
   RECORDS, LLC, CONCORD BICYCLE          )
19 ASSETS, LLC, CMGI RECORDED MUSIC       )
   ASSETS LLC, SONY MUSIC                 ) **Plaintiffs' Notice of Motion to Compel**
20 ENTERTAINMENT, and ARISTA MUSIC        ) **Discovery**
                                          )
21          Plaintiffs,                   )
                                          ) **Date:** December 12, 2024
22     vs.                                ) **Time:** 9:30 a.m.
                                          ) **Courtroom:** B
23 INTERNET ARCHIVE, BREWSTER             ) **Judge:** Mag. Judge Laurel Beeler
   KAHLE, KAHLE/AUSTIN FOUNDATION,        )
24 GEORGE BLOOD, and GEORGE BLOOD,        )
   L.P.                                   )
25                                        )
                                          )
26          Defendants.                   )

27

28

Notice of Motion to Compel Discovery                          Case No.: 3:23-cv-06522-MMC

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT ON Thursday, December 12, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom B, located in the Philip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and N.D. Cal. Local Rule 37-2, Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music ("collectively, "Plaintiffs") move the Court to compel Defendants Internet Archive ("IA"), Brewster Kahle ("Kahle"), George Blood ("Blood"), and George Blood L.P. ("GBLP") to produce several important categories of documents and information in response to Plaintiffs' First Set of Requests for Production ("RFP") to Defendants and Plaintiffs' First Set of Interrogatories to Internet Archive ("ROGs"), as detailed in Plaintiffs' Motion to Compel Discovery and accompanying declaration. ECF Nos. 127-128.

Dated: November 12, 2024

Respectfully submitted,

*/s/ Danae Tinelli*
Matthew J. Oppenheim
Corey Miller
Danae Tinelli
OPPENHEIM + ZEBRAK, LLP

Noel M. Cook
HANSON BRIDGETT LLP

Jacob L. Tracer
RECORDING INDUSTRY
ASSOCIATION OF AMERICA

*Attorneys for Plaintiffs*