1  Matthew J. Oppenheim (*pro hac vice*)
   Corey Miller (*pro hac vice*)
2  Danae Tinelli (*pro hac vice*)
   OPPENHEIM + ZEBRAK, LLP
3  4530 Wisconsin Avenue NW, 5th Floor
   Washington, DC 20016
4  Telephone:   (202) 480-2999
5  matt@oandzlaw.com
   corey@oandzlaw.com
6  danae@oandzlaw.com

7  Noel M. Cook, SBN 122777            Jacob L. Tracer (*pro hac vice*)
   HANSON BRIDGETT LLP                 RECORDING INDUSTRY ASSOCIATION
8  425 Market Street, 26th Floor       OF AMERICA
   San Francisco, California 94105     1000 F St. NW, 2nd Floor
9  Telephone:   (415) 777-3200          Washington, DC 20004-1512
10 Facsimile:   (415) 541-9366          Telephone:   (202) 857-9611
   ncook@hansonbridgett.com             jtracer@riaa.com
11

12 *Attorneys for Plaintiffs* UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle
13 Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista
   Music
14
15 (Additional counsel listed on signature pages)

16                           UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA
17                              SAN FRANCISCO DIVISION

18                                                )
   UMG RECORDINGS, INC, CAPITOL                   )  Case Number: 3:23-cv-06522-MMC
19 RECORDS, LLC, CONCORD BICYCLE                  )
   ASSETS, LLC, CMGI RECORDED MUSIC               )  **[PROPOSED] JOINT BRIEFING
20 ASSETS LLC, SONY MUSIC                         )  SCHEDULE FOR DISPOSITIVE
   ENTERTAINMENT, and ARISTA MUSIC                )  MOTIONS**
21                                                )
           Plaintiff(s),                          )
22                                                )
           vs.                                    )
23                                                )
   INTERNET ARCHIVE, BREWSTER                     )
24 KAHLE, KAHLE/AUSTIN FOUNDATION,                )
   GEORGE BLOOD, and GEORGE BLOOD,                )
25 L.P.                                           )
                                                  )
26         Defendant(s).                          )
                                                  )
27
28

The parties to the above-entitled action jointly submit this Joint Briefing Schedule for Dispositive Motions pursuant to the Court's November 15, 2024 Minute Entry. (Dkt. 137).

**I.   CASE DISPOSITIVE MOTIONS**

Pursuant to the Court's November 15, 2024 Minute Entry, dispositive motions are due by **February 6, 2026.** The parties jointly propose the following briefing schedule:

- Oppositions to dispositive motions shall be filed by **March 20, 2026**.
- Replies shall be filed by **April 10, 2026.**
- Proposed hearing date: **May 15, 2026**, or as soon thereafter as counsel may be heard.

Dated: November 22, 2024

/s/ Danae Tinelli
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
danae@oandzlaw.com
corey@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
ncook@hansonbridgett.com

*Attorneys for Plaintiffs UMG Recordings, Inc.; Capital Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music*

Respectfully submitted,

/s/ Andrew Gass.
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
LATHAM & WATKINS LLP
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 (415) 391-0600

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
 1271 Avenue of the Americas
 New York, NY 10020
 (212) 906-1200

Brent Murphy (*pro hac vice*)
 brent.murphy@lw.com
 555 Eleventh Street NW, Suite 1000
 Washington, DC 20004
 (202) 637-2201

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories above.

Dated: November 22, 2024             */s/ Danae Tinelli*

                                     Danae Tinelli