**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 (415) 391-0600

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
 1271 Avenue of the Americas
 New York, NY 10020
 (212) 906-1200

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

*Additional counsel listed on signature page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>Defendants. | Case No. 3:23-cv-06522-MMC<br><br>**DEFENDANTS INTERNET ARCHIVE, KAHLE, KAHLE/AUSTIN FOUNDATION, BLOOD, AND GEORGE BLOOD L.P.'S NOTICE OF ERRATA TO OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (ECF No. 139) AND STILLMAN DECLARATION (ECF No. 139-1)**<br><br>Date:     December 19, 2024<br>Time:    9:30 a.m.<br>Place:    Courtroom B, 15th Floor<br>Judge:   Hon. Laurel Beeler |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P. ("Defendants") hereby submit this Notice of Errata to correct an inadvertent error present in Defendants' Opposition to Plaintiffs' Motion to Compel Discovery (ECF No. 139) and Declaration of Allison Stillman (ECF No. 139-1) filed in support of that Opposition. In particular, the Opposition and the Stillman Declaration contain inadvertent errors related to (i) the number of productions served as of November 20, 2024, and (ii) the dates of those productions.

As of November 20, 2024, Defendants had served four productions, one of which took place on September 20 on behalf of George Blood L.P., and three on October 18, 2024, on behalf of Internet Archive, Brewster Kahle, and George Blood L.P. Together those productions totaled 1,309 documents and 11,336 pages. The Corrected Opposition and Corrected Stillman Declaration attached to this Notice as Exhibits 1 and 2, respectively, have been revised consistent with this information.

As of November 25, 2024, Defendants have made two productions on behalf of Kahle/Austin Foundation—one on November 22 and one on November 25, 2024. As of November 25, Defendants have produced a combined 1,332 documents, totaling 11,720 pages.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 3:23-cv-06522-MMC
NOTICE OF ERRATA TO OPPOSITION TO
MOTION TO COMPEL

| | |
|---|---|
| Dated: November 25, 2024 | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Allison L. Stillman<br>Andrew M. Gass (Bar No. 259694)<br>  andrew.gass@lw.com<br>Joseph R. Wetzel (Bar No. 238008)<br>  joe.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br><br>Allison L. Stillman (*pro hac vice*)<br>  alli.stillman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br><br>Brent T. Murphy (*pro hac vice*)<br>  brent.murphy@lw.com<br>Chinyere Amanze (*pro hac vice*)<br>  chinyere.amanze@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 3:23-cv-06522-MMC
NOTICE OF ERRATA TO OPPOSITION TO
MOTION TO COMPEL