**LATHAM & WATKINS LLP**
Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
 1271 Avenue of the Americas
 New York, NY 10020
 (212) 906-1200

Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 (415) 391-0600

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

*Additional counsel listed on signature page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>*Defendants*. | CASE No. 3:23-cv-06522-MMC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), and in accordance with the Stipulated Protective Order (Dkt. 113) ("Protective Order"), Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P. ("Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

The documents subject to this Motion are as follows:

| Document to Be Sealed | Designating Party | Reason(s) for Sealing |
| --- | --- | --- |
| Contract produced by Sony Music Entertainment, Exhibit 2 (Bates No. PL0000001575) | Sony Music Entertainment | Material designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. |
| Contract produced by Sony Music Entertainment, Exhibit 3 (Bates No. PL0000001578) | Sony Music Entertainment | Material designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. |

As set forth above, Exhibits 2 and 3 to the Declaration of Allison L. Stillman filed in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File the Second Amended Complaint contain material designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Defendants take no position on whether the material so designated is confidential or otherwise entitled to sealing, but submit this Administrative Motion in order to comply with the Protective Order and L.R. 79-5(f). Exhibits 2 and 3 will be submitted provisionally under seal with this Administrative Motion, subject to Plaintiffs' filing of a statement and/or declaration pursuant to L.R. 79-5(f)(3).

Dated: March 20, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Allison L. Stillman*
Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
Chinyere Amanze (*pro hac vice*)
  chinyere.amanze@lw.com
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
  joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Brent T. Murphy (*pro hac vice*)
  brent.murphy@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

**LAW OFFICE OF SUSAN GIBBS**

Susan Patricia Gibbs (Bar No. 201331)
  susan_gibbs@me.com
1459 18th Street, Suite 267
San Francisco, CA 94107
(415) 615-2271

*Attorneys for Defendant Kahle/Austin Foundation*