1    **LATHAM & WATKINS LLP**
     Allison L. Stillman (*pro hac vice*)
2     *alli.stillman@lw.com*
      1271 Avenue of the Americas
3     New York, NY 10020
      (212) 906-1200
4
     Andrew M. Gass (Bar No. 259694)
5     *andrew.gass@lw.com*
     Joseph R. Wetzel (Bar No. 238008)
6     *joe.wetzel@lw.com*
      505 Montgomery Street, Suite 2000
7     San Francisco, CA 94111
      (415) 391-0600
8
     *Attorneys for Defendants Internet Archive, Brewster*
9    *Kahle, Kahle/Austin Foundation, George Blood, and*
     *George Blood L.P.*
10

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
13

14   UMG RECORDINGS, INC., CAPITOL          CASE No. 3:23-cv-06522-MMC
     RECORDS, LLC, CONCORD BICYCLE
15   ASSETS, LLC, CMGI RECORDED
     MUSIC ASSETS LLC, SONY MUSIC          **[PROPOSED] ORDER REGARDING**
16   ENTERTAINMENT, and ARISTA MUSIC,      **DEFENDANTS' ADMINISTRATIVE**
                                            **MOTION TO CONSIDER WHETHER**
17         *Plaintiffs,*                    **ANOTHER PARTY'S MATERIAL SHOULD**
                                            **BE SEALED**
18   v.

19   INTERNET ARCHIVE, BREWSTER
     KAHLE, KAHLE/AUSTIN
20   FOUNDATION, GEORGE BLOOD, and
     GEORGE BLOOD L.P.,
21
22         *Defendants.*

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pending before the Court is Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion").  Having considered the Administrative Motion and all briefing and evidence filed in connection with it, the Court rules as follows.

The Clerk of the Court shall file under seal the confidential information and exhibits designated below:

| Document to Be Sealed | Designating Party | Granted/Denied |
|---|---|---|
| Contract produced by Sony Music Entertainment, Exhibit 2 (Bates No. PL0000001575) | Sony Music Entertainment | |
| Contract produced by Sony Music Entertainment, Exhibit 3 (Bates No. PL0000001578) | Sony Music Entertainment | |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. MAXINE M. CHESNEY
United States District Judge