Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:    (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:    (202) 857-9611
jtracer@riaa.com

*Attorneys for Plaintiffs* UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Declaration of Corey Miller in Support of Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Leave to File the Second Amended Complaint** |

Decl. of Corey Miller in Supp. of Pls.' Reply Mem. of Law in Supp. Pls.' Mot. for Leave to File the Sec. Am. Compl.

Case No.: 3:23-cv-06522-MMC

I, Corey Miller, hereby declare, pursuant to 28 US.C. § 1746, as follows:

1. I am a partner at Oppenheim + Zebrak, LLP ("O+Z"), which represents Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, "Plaintiffs") in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File the Second Amended Complaint ("Reply"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents and other items referenced herein. If called upon to do so, I am able to testify competently to the matters set forth below.

3. The parties met and conferred on March 6, 2025 regarding Plaintiffs' proposed amendment. At that conferral, I expressed that some of the infringements for which Plaintiffs seek to add claims occurred after Plaintiffs filed their original Complaint but before Plaintiffs filed their First Amended Complaint. I did not say that Plaintiffs had discovered those infringements before Plaintiffs filed their First Amended Complaint, because that is not correct.

4. Plaintiffs' production of ownership and chain-of-title documents for works already in suit is substantially complete. From December 18, 2024 to February 19, 2025, Plaintiffs produced 929 documents, totaling 6,061 pages, relating to Plaintiffs' ownership and chain of title for the works currently in suit.

5. At the parties' March 6 meet-and-confer, I also stated that, had Defendants requested to see Plaintiffs' proposed amended complaint or asked how many sound recordings Plaintiffs sough to add, Plaintiffs would have promptly provided that information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of March 2025.

*/s/ Corey Miller*
Corey Miller

***Attorney for Plaintiffs***

1

Decl. of Corey Miller in Supp. of Pls.' Reply Mem. of Law in Supp. Pls.' Mot. for Leave to File the Sec. Am. Compl.

Case No.: 3:23-cv-06522-MMC