IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, et al.,<br><br>Defendants. | Case No. 23-cv-06522-MMC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO DEFENDANTS** |

Before the Court is defendants' "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed," filed March 20, 2025, whereby defendants seek leave to file under seal Exhibits 2 and 3 to the Declaration of Allison L. Stillman (Doc. No. 161-2, 3) on the ground that plaintiff Sony Music Corporation has designated those two documents confidential.  Having read and considered the Administrative Motion, the Court rules as follows.

Under the Local Rules of this District, where a party seeks leave to file under seal any material designated confidential by another party, the filing party must file an Administrative Motion for a sealing order.  See Civil L.R. 79-5(f).  "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration," see Civil L.R. 79-5(f)(3), setting forth "the reasons for keeping a document under seal," see Civil L.R. 79-5(c)(1).  "A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."  See Civil L.R. 79-5(f)(3).

Here, the designating party has not filed a responsive declaration, and the time for doing so has passed.

Accordingly, the Administrative Motion is hereby DENIED, and defendants are DIRECTED to file in the public record, within seven days of the date of this order, Exhibits 2 and 3 to the Declaration of Declaration of Allison L. Stillman.

**IT IS SO ORDERED.**

Dated: April 2, 2025

MAXINE M. CHESNEY
United States District Judge