IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS INC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> INTERNET ARCHIVE, et al., <br><br>  Defendants. | Case No. 23-cv-06522-MMC <br><br> **ORDER VACATING ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL; GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

By order filed April 2, 2025, the Court denied defendants' "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed," on the ground that plaintiff Sony Music Entertainment ("Sony"), the designating entity, had not filed any response to the Administrative Motion, and, consequently, had not shown sealing of the two exhibits identified in the Administrative Motion was warranted.

Now before the Court is the "Declaration of Danae Tinelli in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed," filed April 3, 2025, in which the declarant, counsel for Sony, essentially requests that the Court vacate its Order of April 2, 2025, and consider the admittedly late declaration in support of the Administrative Motion.[1]

So construed, Sony's request is hereby GRANTED, and the Court, having reviewed Sony's showing, finds good cause exists to warrant sealing the subject exhibits.

//

---

[1] Sony is advised that all further requests for court action must be made in the form of a motion or stipulation. See Civil L.R. 7-1(a).

1   Accordingly, the Order of April 2, 2025, is hereby VACATED, the Administrative
2   Motion is hereby GRANTED, and Exhibits 2 and 3 to the Declaration of Allison L. Stillman
3   (see Doc. No. 161-2, 161-3) shall remain under seal.

**IT IS SO ORDERED.**

Dated: April 4, 2025

MAXINE M. CHESNEY
United States District Judge

2