Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:  (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

| | |
|---|---|
| Noel M. Cook, SBN 122777<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:  (415) 777-3200<br>Facsimile:  (415) 541-9366<br>ncook@hansonbridgett.com | Jacob L. Tracer (*pro hac vice*)<br>RECORDING INDUSTRY ASSOCIATION<br>OF AMERICA<br>1000 F St. NW, 2nd Floor<br>Washington, DC 20004-1512<br>Telephone:  (202) 857-9611<br>jtracer@riaa.com |

***Attorneys for Plaintiffs*** UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Stipulation and Proposed Order to Stay the Case for Thirty Days** |

1

Stip. and Prop. Order to Continue the Hearing on    Case No.: 3:23-cv-06522-MMC
Pls.' Mot. for Leave to File Sec. Am. Compl.

1    Pursuant to Civil Local Rule 6-1(b) and Section 7 of the Court's Standing Orders, Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music ("collectively, "Plaintiffs") and Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and George Blood LP (collectively, "Defendants") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, Plaintiffs noticed their Motion for Leave to File the Second Amended Complaint ("Motion") for hearing on April 11, 2025, ECF No. 159;

WHEREAS, the Parties have engaged in and made significant progress in settlement discussions and believe a thirty (30) day stay of proceedings will facilitate resolution of this matter;

WHEREAS, the Parties are optimistic that settlement discussions may be successful and that this case can be dismissed;

WHEREAS, in the event that settlement discussions do not result in a resolution, the Parties agree to confer and submit a proposed schedule to the Court to reset case deadlines;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court to order as follows:

1. The hearing on Plaintiffs' Motion noticed for April 11, 2025 is VACATED.
2. This case shall be stayed for thirty (30) days from the date of entry of this Order to allow the Parties to continue their settlement discussions.
3. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
4. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

IT IS SO STIPULATED.

2

Stip. and Prop. Order to Continue the Hearing on    Case No.: 3:23-cv-06522-MMC
Pls.' Mot. for Leave to File Sec. Am. Compl.

Dated: April 4, 2025

| | |
|---|---|
| */s/ Matthew J. Oppenheim* | */s/ Andrew M. Gass* |
| Matthew J. Oppenheim (*pro hac vice*) | Andrew M. Gass (Bar No. 259694) |
| Corey Miller (*pro hac vice*) | andrew.gass@lw.com |
| Danae Tinelli (*pro hac vice*) | Joseph R. Wetzel (Bar No. 238008) |
| OPPENHEIM + ZEBRAK LLP | joe.wetzel@lw.com |
| 4530 Wisconsin Avenue NW, 5th Floor | LATHAM & WATKINS LLP |
| Washington, DC 20016 | 505 Montgomery Street, Suite 2000 |
| Telephone: (202) 480-2999 | San Francisco, CA 94111 |
| matt@oandzlaw.com | (415) 391-0600 |
| danae@oandzlaw.com | |
| corey@oandzlaw.com | Allison L. Stillman (*pro hac vice*) |
| | alli.stillman@lw.com |
| Noel M. Cook, SBN 122777 | 1271 Avenue of the Americas |
| HANSON BRIDGETT LLP | New York, NY 10020 |
| 425 Market Street, 26th Floor | (212) 906-1200 |
| San Francisco, California 94105 | |
| Telephone: (415) 777-3200 | Brent Murphy (*pro hac vice*) |
| Facsimile: (415) 541-9366 | brent.murphy@lw.com |
| ncook@hansonbridgett.com | 555 Eleventh Street NW, Suite 1000 |
| | Washington, DC 20004 |
| Jacob L. Tracer (*pro hac vice*) | (202) 637-2201 |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA | ***Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*** |
| 1000 F St. NW, 2nd Floor | |
| Washington, DC 20004-1512 | |
| Telephone: (202) 857-9611 | |
| jtracer@riaa.com | |

***Attorneys for Plaintiffs UMG Recordings, Inc.; Capital Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music***

3

Stip. and Prop. Order to Continue the Hearing on Pls.' Mot. for Leave to File Sec. Am. Compl.   Case No.: 3:23-cv-06522-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered for inspection upon request.

Dated: April 4, 2025                           OPPENHEIM + ZEBRAK, LLP
                                               /s/*Matthew J. Oppenheim*
                                               Matthew J. Oppenheim

4

Stip. and Prop. Order to Continue the Hearing on             Case No.: 3:23-cv-06522-MMC
Pls.' Mot. for Leave to File Sec. Am. Compl.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order to Stay Case for Thirty Days** |

The Court, having considered the Parties' Stipulation to Stay the Case for Thirty Days, and good cause having been shown, hereby orders as follows:

1. The hearing on Plaintiffs' Motion noticed for April 11, 2025 is VACATED.
2. This case shall be stayed for thirty (30) days from the date of entry of this Order to allow the Parties to continue their settlement discussions.
3. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
4. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO ORDERED.**

Dated: _____

_____
MAXINE M. CHESNEY
United States District Judge

5

Stip. and Prop. Order to Continue the Hearing on         Case No.: 3:23-cv-06522-MMC
Pls.' Mot. for Leave to File Sec. Am. Compl.