UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>[Proposed] Order to Stay Case for Thirty Days |

The Court, having considered the Parties' Stipulation to Stay the Case for Thirty Days, and good cause having been shown, hereby orders as follows:

1. The hearing on Plaintiffs' Motion noticed for April 11, 2025 is VACATED.
2. This case shall be stayed for thirty (30) days from the date of entry of this Order to allow the Parties to continue their settlement discussions.
3. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
4. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO ORDERED.**

Dated: April 4, 2025

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

5