Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:    (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION
OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:    (202) 857-9611
jtracer@riaa.com

***Attorneys for Plaintiffs*** UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle
Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista
Music

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Stipulation and Proposed Order to Extend Stay of Proceedings** |

1

Stip. and Prop. Order to
Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC

1    Pursuant to Civil Local Rule 6-1(b) and Section 7 of the Court's Standing Orders, Plaintiffs

2  UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded

3  Music Assets LLC, Sony Music Entertainment, and Arista Music ("collectively, "Plaintiffs") and

4  Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and

5  George Blood LP (collectively, "Defendants") (Plaintiffs and Defendants shall collectively be

6  referred to as the "Parties"), hereby stipulate as follows:

7    WHEREAS, on April 4, 2025, the Court granted the Parties' first stipulation to stay the

8  case for thirty days, ECF No. 168, and that stay is set to expire on May 5, 2025;

9    WHEREAS, the Parties have continued to engage in and make meaningful progress in

10  settlement discussions and believe a thirty (30) day extension of the current stay will facilitate

11  resolution of this matter;

12    WHEREAS, the Parties remain optimistic that these discussions may result in a resolution

13  that would allow for the case to be dismissed;

14    WHEREAS, in the event that settlement discussions do not result in a resolution, the Parties

15  agree to confer and submit a proposed schedule to the Court to reset case deadlines;

16    NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court to

17  order as follows:

18    1.  All proceedings and deadlines in this case shall be stayed through and including June

19      4, 2025 to allow the Parties to continue their settlement discussions.

20    2.  If the settlement discussions result in a resolution, the Parties will promptly file an

21      appropriate dismissal with the Court.

22    3.  If the settlement discussions are not successful, the Parties shall meet and confer to

23      propose a new schedule for the case and submit a joint proposed scheduling order to

24      the Court within ten (10) days following the expiration of the stay.

25

26  **IT IS SO STIPULATED.**

27

28                                    2

Stip. and Prop. Order to                                    Case No.: 3:23-cv-06522-MMC
Ext. Stay of Proceedings

Dated: April 30, 2025

/s/ Matthew J. Oppenheim
Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
danae@oandzlaw.com
corey@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION
OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:     (202) 857-9611
jtracer@riaa.com

***Attorneys for Plaintiffs UMG Recordings, Inc.;***
***Capital Records, LLC; Concord Bicycle Assets,***
***LLC; CMGI Recorded Music Assets LLC; Sony***
***Music Entertainment; and Arista Music***

/s/ Andrew M. Gass
Andrew M. Gass (Bar No. 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Allison L. Stillman (*pro hac vice*)
*alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Brent Murphy (*pro hac vice*)
*brent.murphy@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2201

***Attorneys for Defendants Internet Archive,***
***Brewster Kahle, Kahle/Austin Foundation,***
***George Blood, and George Blood L.P.***

3

Stip. and Prop. Order to
Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC

1

**SIGNATURE ATTESTATION**

2      Pursuant to Civ. L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing

3  of this document from all the signatories for whom a signature is indicated by a "conformed"

4  signature (/s/) within this e-filed document and I have on file records to support this concurrence

5  for subsequent production for the Court if so ordered for inspection upon request.

6

7   Dated:  April 30, 2025                          OPPENHEIM + ZEBRAK, LLP
                                                      /s/*Matthew J. Oppenheim*
8                                                     Matthew J. Oppenheim

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          4

---

Stip. and Prop. Order to                                    Case No.: 3:23-cv-06522-MMC
Ext. Stay of Proceedings

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order to Extend Stay of Proceedings** |

The Court, having considered the Parties' Stipulation to Extend Stay of Proceedings, and good cause having been shown, hereby orders as follows:

1.  All proceedings and deadlines in this case shall be stayed through and including June 4, 2025 to allow the Parties to continue their settlement discussions.

2.  If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.

3.  If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO ORDERED.**

Dated: _____

_____
MAXINE M. CHESNEY
United States District Judge

Stip. and Prop. Order to
Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC