Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:    (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION
OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:    (202) 857-9611
jtracer@riaa.com

*Attorneys for Plaintiffs* UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Third Stipulation and Proposed Order to Extend Stay of Proceedings** |

1

Third Stip. and Prop. Order
To Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC

Pursuant to Civil Local Rule 6-1(b) and Section 7 of the Court's Standing Orders, Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music ("collectively, "Plaintiffs") and Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and George Blood LP (collectively, "Defendants") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, on April 4, 2025, the Court granted the Parties' first stipulation to stay the case for thirty days, ECF No. 168;

WHEREAS, on April 30, 2025, the Court a second stipulated extension of the stay, and that stay is set to expire on June 4, 2025, ECF No. 170;

WHEREAS, the Parties have continued to engage in settlement discussions and believe a thirty (30) day extension of the current stay will facilitate resolution of this matter without further involvement of the Court;

WHEREAS, in the event that settlement discussions do not result in a resolution, the Parties agree to confer and submit a proposed schedule to the Court to reset case deadlines;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court to order as follows:

1. All proceedings and deadlines in this case shall be stayed through and including July 7, 2025 to allow the Parties to continue their settlement discussions.
2. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
3. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO STIPULATED.**

Dated: June 2, 2025

*/s/ Matthew J. Oppenheim*            */s/ Andrew M. Gass*

2

Third Stip. and Prop. Order
To Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC

| | |
|---|---|
| Matthew J. Oppenheim (*pro hac vice*) | Andrew M. Gass (Bar No. 259694) |
| Corey Miller (*pro hac vice*) | andrew.gass@lw.com |
| Danae Tinelli (*pro hac vice*) | Joseph R. Wetzel (Bar No. 238008) |
| OPPENHEIM + ZEBRAK LLP | joe.wetzel@lw.com |
| 4530 Wisconsin Avenue NW, 5th Floor | LATHAM & WATKINS LLP |
| Washington, DC 20016 | 505 Montgomery Street, Suite 2000 |
| Telephone: (202) 480-2999 | San Francisco, CA 94111 |
| matt@oandzlaw.com | (415) 391-0600 |
| danae@oandzlaw.com | |
| corey@oandzlaw.com | Allison L. Stillman (*pro hac vice*) |
| | alli.stillman@lw.com |
| Noel M. Cook, SBN 122777 | 1271 Avenue of the Americas |
| HANSON BRIDGETT LLP | New York, NY 10020 |
| 425 Market Street, 26th Floor | (212) 906-1200 |
| San Francisco, California 94105 | |
| Telephone: (415) 777-3200 | Brent Murphy (*pro hac vice*) |
| Facsimile: (415) 541-9366 | brent.murphy@lw.com |
| ncook@hansonbridgett.com | 555 Eleventh Street NW, Suite 1000 |
| | Washington, DC 20004 |
| Jacob L. Tracer (*pro hac vice*) | (202) 637-2201 |
| RECORDING INDUSTRY ASSOCIATION | |
| OF AMERICA | ***Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*** |
| 1000 F St. NW, 2nd Floor | |
| Washington, DC 20004-1512 | |
| Telephone:   (202) 857-9611 | |
| jtracer@riaa.com | |

***Attorneys for Plaintiffs UMG Recordings, Inc.; Capital Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music***

3

Third Stip. and Prop. Order
To Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered for inspection upon request.

Dated: June 2, 2025                                              OPPENHEIM + ZEBRAK, LLP
                                                                              */s/Matthew J. Oppenheim*
                                                                              Matthew J. Oppenheim

4

Third Stip. and Prop. Order                                              Case No.: 3:23-cv-06522-MMC
To Ext. Stay of Proceedings

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC

Plaintiff(s),

vs.

INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.

Defendant(s).

Case No.: 3:23-cv-06522-MMC

**[Proposed] Order to Extend Stay of Proceedings**

The Court, having considered the Parties' Third Stipulation to Extend Stay of Proceedings, and good cause having been shown, hereby orders as follows:

1. All proceedings and deadlines in this case shall be stayed through and including July 7, 2025 to allow the Parties to continue their settlement discussions.
2. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
3. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO ORDERED.**

Dated: _____

_____
MAXINE M. CHESNEY
United States District Judge

5

Third Stip. and Prop. Order
To Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC