UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>[Proposed] Order to Extend Stay of Proceedings |

The Court, having considered the Parties' Fourth Stipulation to Extend Stay of Proceedings, and good cause having been shown, hereby orders as follows:

1. All proceedings and deadlines in this case shall be stayed through and including August 6, 2025 to allow the Parties to continue their settlement discussions.
2. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.
3. If the settlement discussions are not successful, the Parties shall meet and confer to propose a new schedule for the case and submit a joint proposed scheduling order to the Court within ten (10) days following the expiration of the stay.

**IT IS SO ORDERED.**

Dated: July 3, 2025

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

5

Fourth Stip. and Prop. Order
To Ext. Stay of Proceedings

Case No.: 3:23-cv-06522-MMC