LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

*(Additional counsel listed on signature pages)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL, RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER, KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No. 3:23-cv-06522-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE DEADLINES** |

Pursuant to Civil Local Rule 6-1(b) and Section 7 of the Court's Standing Orders, Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and George Blood LP (collectively, "Defendants") and Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, "Plaintiffs") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, the Court granted a stay of this matter through August 6, 2025, ECF No. 174, to allow the parties to continue to pursue settlement discussions;

WHEREAS, the Court ordered the Parties to propose a new schedule for the case and submit a joint proposed scheduling order following expiration of that stay;

WHEREAS, the Parties have engaged in and made significant progress in settlement discussions;

WHEREAS, the Parties believe that there is currently no need to submit a proposal for a further schedule for the litigation;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court to order as follows:

1. The deadline to file a joint proposed scheduling order shall be vacated while the Parties continue their settlement discussions.
2. The Parties shall file a joint status update regarding the progress of settlement discussions on or before August 29, 2025.

Dated: August 21, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Andrew M. Gass*
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
 joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

| | |
|---|---|
| 1 | Allison L. Stillman (*pro hac vice*) |
| | alli.stillman@lw.com |
| 2 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 3 | (212) 906-1200 |
| 4 | Brent Murphy (*pro hac vice*) |
| | brent.murphy@lw.com |
| 5 | 555 Eleventh Street NW, Suite 1000 |
| | Washington, DC 20004 |
| 6 | (202) 637-2201 |
| 7 | *Attorneys for Defendants Internet Archive,* |
| | *Brewster Kahle, Kahle/Austin Foundation,* |
| 8 | *George Blood, and George Blood L.P.* |
| 9 | |
| 10 | OPPENHEIM + ZEBRAK LLP |
| 11 | /s/ Matthew J. Oppenheim |
| | Matthew J. Oppenheim (*pro hac vice*) |
| 12 | matt@oandzlaw.com |
| | Corey Miller (*pro hac vice*) |
| 13 | corey@oandzlaw.com |
| | Danae Tinelli (*pro hac vice*) |
| 14 | danae@oandzlaw.com |
| | 4530 Wisconsin Avenue NW, 5th Floor |
| 15 | Washington, DC 20016 |
| | Telephone: (202) 480-2999 |
| 16 | |
| | Noel M. Cook (Bar No. 122777) |
| 17 | ncook@hansonbridgett.com |
| | HANSON BRIDGETT LLP |
| 18 | 425 Market Street, 26th Floor |
| | San Francisco, California 94105 |
| 19 | Telephone: (415) 777-3200 |
| 20 | Jacob L. Tracer (*pro hac vice*) |
| | jtracer@riaa.com |
| 21 | RECORDING INDUSTRY ASSOCIATION |
| | OF AMERICA |
| 22 | 1000 F St. NW, 2nd Floor |
| | Washington, DC 20004-1512 |
| 23 | Telephone: (202) 857-9611 |
| 24 | *Attorneys for Plaintiffs UMG Recordings, Inc.;* |
| | *Capital Records, LLC; Concord Bicycle Assets,* |
| 25 | *LLC; CMGI Recorded Music Assets LLC; Sony* |
| | *Music Entertainment; and Arista Music* |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

Dated: August 21, 2025

                                                       */s/ Andrew M. Gass*
                                                       Andrew M. Gass

**PROPOSED ORDER**

The Court, having considered the Parties' Stipulation to Vacate Case Deadlines, and good cause having been shown, hereby orders as follows:

1. The deadline to file a joint proposed scheduling order is vacated while the Parties continue their settlement discussions.
2. The Parties shall file a joint status report regarding the progress of settlement discussions on or before August 29, 2025.

**IT IS SO ORDERED.**

Dated: _____      _____
                                     MAXINE M. CHESNEY
                                     United States District Judge