```
LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
  joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600

Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
```

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

(Additional counsel listed on signature pages)

**IT IS SO ORDERED**

*[signature]* Maxine M. Chesney

Judge Maxine M. Chesney

Dated: September 2, 2025

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER, KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No. 3:23-cv-06522-MMC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS** |

Pursuant to the Court's August 22, 2025, Order (ECF No. 176), Defendants Internet Archive, Brewster Kahle, the Kahle/Austin Foundation, George Blood, and George Blood L.P. (collectively, "Defendants") and Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, "Plaintiffs") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), jointly write to provide the Court with an update regarding the progress of their settlement negotiations.

The Parties' settlement discussions remain ongoing. The Parties have exchanged multiple settlement proposals and continue to make progress on a resolution of this matter without the Court's intervention. As a result, the Parties jointly propose that they continue their negotiations and provide additional joint status reports to the Court at least every fourteen (14) days, or promptly upon resolution of this matter.

Dated: August 29, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Andrew M. Gass*
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
  joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Brent Murphy (*pro hac vice*)
  brent.murphy@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2201

*Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*

OPPENHEIM + ZEBRAK LLP

/s/  Corey Miller
Matthew J. Oppenheim (*pro hac vice*)
  matt@oandzlaw.com
Corey Miller (*pro hac vice*)
  corey@oandzlaw.com
Danae Tinelli (*pro hac vice*)
  danae@oandzlaw.com
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999

Noel M. Cook (Bar No. 122777)
  ncook@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200

Jacob L. Tracer (*pro hac vice*)
  jtracer@riaa.com
RECORDING INDUSTRY ASSOCIATION OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone: (202) 857-9611

*Attorneys for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music*