IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE, et al.,<br><br>    Defendants. | Case No. 23-cv-06522-MMC<br><br>**ORDER OF DISMISSAL** |

The parties, in the Joint Notice of Settlement filed September 15, 2025, having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: September 15, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a Stipulation of Dismissal, which the parties state they expect to file within 45 days.