Matthew J. Oppenheim (*pro hac vice*)
Corey Miller (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone:     (202) 480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

Noel M. Cook, SBN 122777
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
ncook@hansonbridgett.com

Jacob L. Tracer (*pro hac vice*)
RECORDING INDUSTRY ASSOCIATION OF AMERICA
1000 F St. NW, 2nd Floor
Washington, DC 20004-1512
Telephone:     (202) 857-9611
jtracer@riaa.com

***Attorneys for Plaintiffs*** UMG Recordings, Inc.; Capitol Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**Joint Stipulation and Order of Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by the parties in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: October 16, 2025

| | |
|---|---|
| */s/ Corey Miller* | */s/ Andrew M. Gass* |
| Matthew J. Oppenheim (*pro hac vice*) | Andrew M. Gass (Bar No. 259694) |
| Corey Miller (*pro hac vice*) | andrew.gass@lw.com |
| Danae Tinelli (*pro hac vice*) | Joseph R. Wetzel (Bar No. 238008) |
| OPPENHEIM + ZEBRAK LLP | joe.wetzel@lw.com |
| 4530 Wisconsin Avenue NW, 5th Floor | LATHAM & WATKINS LLP |
| Washington, DC 20016 | 505 Montgomery Street, Suite 2000 |
| Telephone: (202) 480-2999 | San Francisco, CA 94111 |
| matt@oandzlaw.com | (415) 391-0600 |
| danae@oandzlaw.com | |
| corey@oandzlaw.com | Allison L. Stillman (*pro hac vice*) |
| | alli.stillman@lw.com |
| Noel M. Cook, SBN 122777 | 1271 Avenue of the Americas |
| HANSON BRIDGETT LLP | New York, NY 10020 |
| 425 Market Street, 26th Floor | (212) 906-1200 |
| San Francisco, California 94105 | |
| Telephone: (415) 777-3200 | Brent Murphy (*pro hac vice*) |
| Facsimile: (415) 541-9366 | brent.murphy@lw.com |
| ncook@hansonbridgett.com | 555 Eleventh Street NW, Suite 1000 |
| | Washington, DC 20004 |
| Jacob L. Tracer (*pro hac vice*) | (202) 637-2201 |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA | ***Attorneys for Defendants Internet Archive, Brewster Kahle, Kahle/Austin Foundation, George Blood, and George Blood L.P.*** |
| 1000 F St. NW, 2nd Floor | |
| Washington, DC 20004-1512 | |
| Telephone:   (202) 857-9611 | |
| jtracer@riaa.com | |

***Attorneys for Plaintiffs UMG Recordings, Inc.; Capital Records, LLC; Concord Bicycle Assets, LLC; CMGI Recorded Music Assets LLC; Sony Music Entertainment; and Arista Music***

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered for inspection upon request.

Dated: October 16, 2025                    OPPENHEIM + ZEBRAK, LLP
                                                              */s/Corey Miller*
                                                              Corey Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>**[Proposed] Order Granting Dismissal** |

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, with each party to bear its own fees and costs.

The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: _____

                                        MAXINE M. CHESNEY
                                        United States District Judge