UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant(s). | Case No.: 3:23-cv-06522-MMC<br><br>[Proposed] Order Granting Dismissal |

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, with each party to bear its own fees and costs.

The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: October 16, 2025

*[signature]*
MAXINE M. CHESNEY
United States District Judge

4