AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>3:25-cv-06512-JCS | DATE FILED<br>8/1/2025 | United Stated District Court - Northern District of California |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 73.70.203.70 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK<br>Angela N. Jimenez | DATE<br>10/29/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Los Gatos, CA  
**Total Works Infringed:** 24

**IP Address:** 73.70.203.70  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8364AAB5ED3AC1483F34B0DDE8792A9C6CAB3183 | 07/23/2025 01:46:59 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 2 | 98ECD88EC99816CFE9E7E00689535A7CD5782F7A | 03/04/2025 00:00:19 | TushyRaw | 06/18/2024 | 07/15/2024 | PA0002480612 |
| 3 | 5CD5E878C269862EEC70659DA65F17848DAA6278 | 01/28/2025 02:29:10 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 4 | 98E6981E5667CEC3B1CEDDF50F0386C99586E926 | 01/27/2025 21:37:32 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 5 | 321A5CC07A5F6A27C22C16066EA50EA35D382800 | 01/09/2025 00:30:34 | Tushy | 05/16/2021 | 06/09/2021 | PA0002295592 |
| 6 | 85a7d0b69b29f022a4b36babf4a15380ffc542f8 | 01/09/2025 00:11:45 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 7 | 46C0FC7763AA487666AB2F8B870C4D11037036D2 | 01/08/2025 19:12:51 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 8 | E1A241C4D817A7C42E90A01BFF55A577CD215C8B | 12/20/2024 04:37:09 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 9 | 1A3406ADD515736F178EEFB86C22EB68F87EAB39 | 12/20/2024 04:15:45 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 10 | 03c71e78a552d9551e4fb441aac40921156ef357 | 12/20/2024 03:23:56 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 11 | 554533137fff82a5e12d814df4f41683e49f2039 | 12/14/2024 02:37:00 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 12 | 2D8479FAA98AA2B259AB7AE75229FDD6B303CA2A | 12/13/2024 22:05:58 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 13 | 6CDEB8C8E8F9624BEA9225C82F988666C6444946 | 12/13/2024 21:47:54 | Tushy | 01/08/2023 | 01/27/2023 | PA0002393072 |
| 14 | 76DCFA2AFDD5A89ED98CA4630A7350747EAF1A1E | 12/13/2024 21:36:14 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 15 | c402f50aee172f954fb7e93b38ae22d164e9cdd8 | 12/13/2024 05:33:49 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 16 | F3AACDE56416A376A78CD62910D281BA7336BE08 | 12/12/2024 21:55:48 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB | 12/12/2024 21:17:34 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 18 | 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58 | 12/12/2024 21:08:27 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 19 | 2D082B7E0B54723DC76CBE4C2050829C902E64BD | 12/12/2024 20:08:30 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 20 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 11/28/2024 00:05:01 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 21 | B1005FB1E7BA190C13890DC8C30CD043D491536A | 11/27/2024 23:31:21 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 22 | 2F1CC9D03FF05EE44A338B7327BF93A38CD7D969 | 11/13/2024 02:13:18 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 23 | 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5 | 11/13/2024 02:12:12 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 24 | EFB1EDB783A9DF187CCCB23DC4675C299FDBE437 | 11/13/2024 02:07:12 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |